Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−18101−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ismet Altunbilek | Rumable Altunbilek |
| 27 High Point Terrace | 27 High Point Terrace |
| Sussex, NJ 07461 | Sussex, NJ 07461 |

Social Security No.:
  xxx−xx−3768                                                    xxx−xx−3934

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 4/23/18 and a confirmation hearing on such Plan has been scheduled for 6/13/18 @ 9:00 a.m..

The debtor filed a Modified Plan on 6/12/18 and a confirmation hearing on the Modified Plan is scheduled for 7/11/18 @ 9:00 a.m.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: June 14, 2018
JAN: smz

                                                                      Jeanne Naughton
                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-18101-SLM
Ismet Altunbilek                                                                Chapter 13
Rumable Altunbilek
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                Page 1 of 1              Date Rcvd: Jun 14, 2018
                               Form ID: 186               Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2018.
db/jdb         +Ismet Altunbilek,   Rumable Altunbilek,    27 High Point Terrace,    Sussex, NJ 07461-4219
cr             +Statebridge Company, LLC,    c/o Stern & Eisenberg, PC,    1040 N. Kings Highway,   Suite 407,
                 Cherry Hill, NJ 08034-1925
517471932      +Bank of America,   c/o KML Law Group,    216 Haddon Avenue,    Suite 406,
                 Westmont, New Jersey 08108-2812
517471933       Chase Bank, N.A.,   c/o Client Services,    3451 Harry S Truman Blvd.,
                 Saint Charles, Missouri 63301-4047
517471934      +Statebridge,   5680 Greenwood Plaza Blvd,    Suite 100 S,
                 Greenwood Village, Colorado 80111-2404
517543916      +Statebridge Company, LLC,    5680 Greenwood Plaza Blvd., Suite 100s,
                 Greenwood Village, CO 80111-2404
517471935       Wells Fargo Dealer Services,    MAC T9017-026,   PO Box 168048,    Irving, Texas 75016-8048

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 14 2018 23:10:42     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 14 2018 23:10:39     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2018 at the address(es) listed below:
              Alexander J. Rinaldi    on behalf of Joint Debtor Rumable  Altunbilek jessica@srr-law.com
              Alexander J. Rinaldi    on behalf of Debtor Ismet  Altunbilek jessica@srr-law.com
              Kevin Gordon McDonald    on behalf of Creditor   Bank of America, N.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Steven P. Kelly    on behalf of Creditor   Statebridge Company, LLC skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6