# APPRAISAL OF REAL PROPERTY



## LOCATED AT
27 Highpoint Ter
Vernon, NJ 07461
LOT: 11 BLK: 170.02 LAND:$133,400 IMPROV:$77,100

## FOR
Altunbilek, Ismet & Rumable
27 Highpoint Terr
Vernon, NJ 07461

## OPINION OF VALUE
90,000

## AS OF
07/20/2018

## BY
VICTORIA L GILL
Victoria L Gill
42 COURTRIGHT ROAD
WANTAGE, NJ 07461
(973) 702-8939
vlgill039@earthlink.net

VICTORIA GILL, SCRREA, RAA
42 COURTRIGHT
WANTAGE, NJ 07461
TEL: 973-702-8939        FAX: 973-702-3041

Altunbilek, Ismet & Rumable
27 Highpoint Terr
Vernon, NJ 07461

Re:  Property:      27 Highpoint Ter
                    Vernon, NJ 07461
     Client:        Ismet Altunbilek,
     File No.:      Altunbilek,

In accordance with your request, we have appraised the above referenced property.  The report of that appraisal is attached.

The purpose of this appraisal is to estimate the market value of the property described in this appraisal report, as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject.  The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you. If we can be of additional service to you, please do not hesitate to call us at 973-702-8939.

Sincerely,

VICTORIA L GILL

# RESIDENTIAL APPRAISAL SUMMARY REPORT

**SUBJECT**

| | | |
|---|---|---|
| Property Address: | 27 Highpoint Ter | City: Vernon  State: NJ  Zip Code: 07461 |
| County: | Sussex | Legal Description: LOT: 11 BLK: 170.02 LAND:$133,400 IMPROV:$77,100 |

Assessor's Parcel #: n/a

| | | | | |
|---|---|---|---|---|
| Tax Year: 2018 | R.E. Taxes: $ 5,517 | Special Assessments: $ 0 | Borrower (if applicable): Ismet Altunbilek, | |

Current Owner of Record: Altunbilek, Ismet & Rumable

Occupant: ☒ Owner  ☐ Tenant  ☐ Vacant  ☐ Manufactured Housing

Project Type: ☐ PUD  ☐ Condominium  ☐ Cooperative  ☐ Other (describe)   HOA: $ ☐ per year ☐ per month

Market Area Name: Vernon   Map Reference: 35084   Census Tract: 3713.00

**ASSIGNMENT**

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)

This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective

Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach  (See Reconciliation Comments and Scope of Work)

Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)

Intended Use: OPINION OF MARKET VALUE.

Intended User(s) (by name or type): Altunbilek, Ismet & Rumable

Client: Altunbilek, Ismet & Rumable   Address: 27 Highpoint Terr, Vernon, NJ 07461

Appraiser: VICTORIA L GILL   Address: 42 COURTRIGHT ROAD, WANTAGE, NJ 07461

**MARKET AREA DESCRIPTION**

| Location: | ☐ Urban ☐ Suburban ☒ Rural | Predominant Occupancy | Present Land Use | Change in Land Use |
|---|---|---|---|---|

| | | | PRICE $(000) | AGE (yrs) | | |
|---|---|---|---|---|---|---|
| Built up: | ☐ Over 75% ☒ 25-75% ☐ Under 25% | | One-Unit | 100 % | ☒ Not Likely |
| Growth rate: | ☐ Rapid ☒ Stable ☐ Slow | ☒ Owner 100 | 50 Low 1 | 2-4 Unit % | ☐ Likely * ☐ In Process * |
| Property values: | ☐ Increasing ☒ Stable ☐ Declining | ☐ Tenant | | Multi-Unit % | * To: |
| Demand/supply: | ☐ Shortage ☒ In Balance ☐ Over Supply | ☐ Vacant (0-5%) | 200 High 100 | Comm'l % | |
| Marketing time: | ☐ Under 3 Mos. ☒ 3-6 Mos. ☐ Over 6 Mos. | ☐ Vacant (>5%) | 100 Pred 50 | OTHER % | |

MARKET CONDITIONS:

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends):
GENERAL MARKET CONDITIONS IN THE AREA APPEAR TO SHOW VALUES STABLE. DEMAND AND SUPPLY CURRENTLY SUPPORT THE BALANCE SIDE. CURRENTLY THERE IS LITTLE OR NO IMPACT ON THE MARKET AS A RESULT OF LOAN DISCOUNTS, BUY DOWNS, OR CONCESSIONS. MARKETABILITY OF THE NEIGHBORHOOD IS SATISFACTORY AND SHOULD CONTINUE INTO THE NEAR FUTURE.

**SITE DESCRIPTION**

| Dimensions: | irregular | Site Area: .34 acres |
|---|---|---|
| Zoning Classification: | Res | Description: Residential |

Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning

Are CC&Rs applicable? ☐ Yes ☒ No ☐ Unknown  Have the documents been reviewed? ☐ Yes ☐ No  Ground Rent (if applicable) $ /

Highest & Best Use as improved: ☒ Present use, or ☐ Other use (explain)

Actual Use as of Effective Date: SINGLE FAMILY RESIDENTIAL   Use as appraised in this report: SINGLE FAMILY RESIDENTIAL

Summary of Highest & Best Use: HIGHEST AND BEST USE IS CURRENT USE.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | BASICALLY LEVEL |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | PUBLIC | Street | MACADAM | ☒ | | Size | TYPICAL OF AREA |
| Gas | ☒ | ☐ | electric | Curb/Gutter | NONE | | | Shape | RECTANGULAR |
| Water | ☒ | ☐ | WELL/TYPICAL | Sidewalk | NONE | | | Drainage | ADEQUATE |
| Sanitary Sewer | | ☒ | Septic/typical | Street Lights | NONE | | | View | AVERAGE |
| Storm Sewer | | ☒ | NONE | Alley | NONE | | | | |

Other site features: ☒ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)

FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X  FEMA Map # 34037C0183E  FEMA Map Date 09/29/2011

Site Comments: THERE ARE NO APPARENT ADVERSE SITE CONDITIONS OR EXTERNAL FACTORS (EASEMENTS, ENCROACHMENTS, ENVIRONMENTAL CONDITIONS, OR LAND USES, ETC.) NOTED BY THE APPRAISER. condition of well and septic unknown.

**DESCRIPTION OF THE IMPROVEMENTS**

| General Description | | Exterior Description | | Foundation | | Basement | | Heating | |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | 1 ☐ Acc.Unit | Foundation | Cblck | Slab | NONE | Area Sq. Ft. | 672 | Type | Hwbb |
| # of Stories | 1 | Exterior Walls | composite | Crawl Space | NONE | % Finished | 50 | Fuel | Elec |
| Type ☒ Det. ☐ Att. | | Roof Surface | ASPHALT SHNG | Basement | 100% | Ceiling | OPEN | | |
| Design (Style) | Ranch | Gutters & Dwnspts. | ALUMINUM | Sump Pump | | Walls | Srock | Cooling | |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | | Window Type | DH/CSMT/avg- | Dampness | | Floor | TL/crp | Central | NONE |
| Actual Age (Yrs.) | 50 | Storm/Screens | WHERE NOTED | Settlement | NO | Outside Entry | through gar | Other | |
| Effective Age (Yrs.) | 25 | | | Infestation | NO | | | | |

| Interior Description | | Appliances | | Attic ☒ None | | Amenities | | Car Storage ☐ None | |
|---|---|---|---|---|---|---|---|---|---|
| Floors | Wood/tl/AVG- | Refrigerator | ☒ | Stairs | ☒ | Fireplace(s) # | Woodstove(s) # | Garage # of cars ( 2 Tot.) | |
| Walls | DRYWALL/AVG- | Range/Oven | ☒ | Drop Stair | | Patio | | Attach. | |
| Trim/Finish | WOOD/AVG- | Disposal | | Scuttle | | Deck | deck | Detach. | |
| Bath Floor | tile/AVG- | Dishwasher | ☒ | Doorway | | Porch | | Blt-In | 1 12/24 |
| Bath Wainscot | TILE/AVG- | Fan/Hood | | Floor | | Fence | | Carport | |
| Doors | WOOD/AVG | Microwave | | Heated | | Pool | | Driveway | 1 |
| | | Washer/Dryer | | Finished | | | | Surface | MACADAM |

Finished area above grade contains: 6 Rooms  3 Bedrooms  1.0 Bath(s)  960 Square Feet of Gross Living Area Above Grade

Additional features: deck. NON REALITY ITEMS NOT CONSIDERED IN VALUE ESTIMATE .

Describe the condition of the property (including physical, functional and external obsolescence): The subject has many original components that are at the end of their useful life. The subject in need of updating through out. The subject has electrical repairs that should be addressed by a licensed electrician asap . including in need of a new roof and floor leveling.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: Altonbjek
Case No.: 27 Highpoint Terr

| | |
|---|---|
| My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal. | |
| Data Source(s): TAX RECORDS | |

**TRANSFER HISTORY**

| 1st Prior Subject Sale/Transfer | | Analysis of sale/transfer history and/or any current agreement of sale/listing: | PER TAX RECORDS-SUBJECT WAS |
|---|---|---|---|
| Date: | | | SOLD FOR $110,500 in 07/1999. |
| Price: | | | |
| Source(s): | TAX RECORDS | | |
| 2nd Prior Subject Sale/Transfer | | | |
| Date: | N/A | | |
| Price: | | | |
| Source(s): | | | |

## SALES COMPARISON APPROACH TO VALUE (if developed)   ☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 27 Highpoint Ter | 49 Woodland Dr | | 26 Tallahatchie Dr | | 10 Cedar Ridge Dr | |
| | Vernon, NJ 07461 | Vernon, NJ 07462 | | Sussex, NJ 07461 | | Vernon, NJ 07462 | |
| Proximity to Subject | | 2.23 miles S | | 0.12 miles W | | 1.93 miles SE | |
| Sale Price | $ NA | $ 105,844 | | $ 120,100 | | $ 99,900 | |
| Sale Price/GLA | $ N/A /sq.ft. | $ 88.50 /sq.ft. | | $ 76.89 /sq.ft. | | $ 62.52 /sq.ft. | |
| Data Source(s) | INSPECTION | GSMLS #3389706;DOM 67 | | GSMLS #3419398;DOM 198 | | GSMLS #3435803;DOM 47 | |
| Verification Source(s) | TAX RECORDS | Doc # | | Doc # | | Doc # | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | N/A | ArmLth | | REO | | REO | |
| Concessions | NONE KNOWN | FHA;0 | | Cash;0 | | Conv;0 | |
| Date of Sale/Time | NA | 11/13/2017 | | 04/30/2018 | | 05/15/2018 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Site | .34 acres | .68 acres | -3,000 | .88 acres | -5,000 | .41 | -1,000 |
| View | AVERAGE | Res | | Res | | Res | |
| Design (Style) | Ranch | Ranch | | BiLvl | 0 | Ranch | |
| Quality of Construction | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Age | 50 Years | 48 Years | | 40 Years | | 53 Years | |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Above Grade | Total  Bdrms  Baths | Total  Bdrms  Baths | | Total  Bdrms  Baths | | Total  Bdrms  Baths | |
| Room Count | 6    3    1.0 | 6    3    2.0 | -2,000 | 8    3    2.1 | -6,000 | 7    4    2.0 | -4,000 |
| Gross Living Area | 960 sq.ft. | 1,196 sq.ft. | -5,900 | 1,562 sq.ft. | -15,100 | 1,598 sq.ft. | -16,000 |
| Basement & Finished | 100%/50% | 100%/50% | | 0sf | +5,000 | 100%/0% | 0 |
| Rooms Below Grade | Recrm | Recrm | | | +2,000 | | +2,000 |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | Bsbrd;NONE | FWA;NONE | | Bsbrd;CAC | -3,000 | FWA;NONE | 0 |
| Energy Efficient Items | STANDARD | None | | None | | None | |
| Garage/Carport | 1Garage | None | +3,000 | 2Garage | -3,000 | 2Garage | -3,000 |
| Porch/Patio/Deck | Deck | Deck | | Deck | | Deck | |
| Fireplaces | None | None | | 1FP | -3,000 | 1FP | -3,000 |
| Pool Features | None | Pool | -5,000 | None | | None | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -12,900 | ☐ + ☒ - | $ -28,100 | ☐ + ☒ - | $ -25,000 |
| Adjusted Sale Price | | | | | | | |
| of Comparables | | $ 92,944 | | $ 92,000 | | $ 74,900 | |

**SALES COMPARISON APPROACH**

Summary of Sales Comparison Approach  ALL COMPARABLE SALES USED WERE CONSIDERED IN ARRIVING AT THE ESTIMATED CURRENT MARKET VALUE FOR THE SUBJECT. DUE TO LIMITED CLOSED SALES OF SIMILAR STYLE HOMES LOCATED NEAR THE SUBJECT, IT WAS NECESSARY TO EXCEED THE ONE MILE GUIDELINE STYLE DEVIATION DOES NOT AFFECT VALUE. G.L.A. ADJUSTMENT BASED ON $25 PER SQUARE FOOT DIFFERENCE. ALL OTHER ADJUSTMENTS MADE FOR VARYING AMENITIES. ALL SALES ARE GOOD INDICATORS OF VALUE FOR SUBJECT PROPERTY.

SITE ADJUSTMENT BASED ON $1,000 PER .10 ACRES.

| Indicated Value by Sales Comparison Approach $ | 90,000 |
|---|---|

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP RESIDENTIAL**

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No. __ 27 Highpoint Terr

**COST APPROACH TO VALUE (if developed)** ☒ not developed

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value): NA

| ESTIMATED | ☐ REPRODUCTION OR | ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ |
|---|---|---|---|---|---|
| Source of cost data: | | | DWELLING | Sq.Ft. @ $ | ___ =$ |
| Quality rating from cost service: | | Effective date of cost data: | | Sq.Ft. @ $ | ___ =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): | | | | Sq.Ft. @ $ | ___ =$ |
| | | | | Sq.Ft. @ $ | ___ =$ |
| | | | | Sq.Ft. @ $ | ___ =$ |
| | | | | | ___ =$ |
| | | | Garage/Carport | Sq.Ft. @ $ | ___ =$ |
| | | | Total Estimate of Cost-New | | ___ =$ |
| | | | Less      Physical | Functional      External | |
| | | | Depreciation | | =$( ___ ) |
| | | | Depreciated Cost of Improvements | | =$ |
| | | | "As-is" Value of Site Improvements | | =$ |
| | | | | | =$ |
| | | | | | =$ |
| Estimated Remaining Economic Life (if required): 55-60 Years | | | INDICATED VALUE BY COST APPROACH | | =$ |

**INCOME APPROACH TO VALUE (if developed)** ☒ The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $ N/A X Gross Rent Multiplier N/A = $ **Indicated Value by Income Approach**

Summary of Income Approach (including support for market rent and GRM): THE INCOME APPROACH WAS CONSIDERED, BUT DEEMED INSUFFICIENT DUE TO THE LACK OF RENTAL DATA AVAILABLE.

**PROJECT INFORMATION FOR PUDs (if applicable)** ☐ The Subject is part of a Planned Unit Development.

Legal Name of Project:

Describe common elements and recreational facilities:

---

Indicated Value by: Sales Comparison Approach $ 90,000 Cost Approach (if developed) $ N/A Income Approach (if developed) $

Final Reconciliation RELIABLE & ADEQUATE SALES OF SIMILAR & COMPETING TYPE HOMES PROVIDED THE BEST ESTIMATE OF CURRENT VALUE. MOST WEIGHT GIVEN TO SALES COMPARISON APPROACH. THE INCOME APPROACH WAS CONSIDERED BUT DEEMED INSUFFICIENT DUE TO LACK OF RENTAL DATA AVAILABLE. NO PERSONAL ITEMS INCLUDED IN APPRAISED VALUE.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair: SUBJECT APPRAISED "AS IS".

☒ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated above, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ 90,000 , as of 07/20/2018 , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains 25 pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:
☒ Scope of Work   ☒ Limiting Cond./Certifications   ☒ Narrative Addendum   ☒ Photograph Addenda   ☒ Sketch Addendum
☒ Map Addenda   ☒ Additional Sales   ☐ Cost Addendum   ☐ Flood Addendum   ☐ Manuf. House Addendum
☐ Hypothetical Conditions   ☐ Extraordinary Assumptions   ☐

Client Contact: Altunbilek, Ismet & Rumable     Client Name: Altunbilek, Ismet & Rumable
E-Mail: ismetnj@gmail.com     Address: 27 Highpoint Terr, Vernon, NJ 07461

**APPRAISER**     **SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable)**

Appraiser Name: VICTORIA L GILL     Supervisory or Co-Appraiser Name:
Company: Victoria L Gill     Company:
Phone: (973) 702-8939   Fax: (973) 702-3041     Phone:     Fax:
E-Mail: vlgill039@earthlink.net     E-Mail:
Date of Report (Signature): 07/29/2018     Date of Report (Signature):
License or Certification #: 42RC00164800   State: NJ     License or Certification #:   State:
Designation: SCRREA, RAA     Designation:
Expiration Date of License or Certification: 12/31/2019     Expiration Date of License or Certification:
Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None     Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None
Date of Inspection: 07/20/2018     Date of Inspection:

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP RESIDENTIAL**   Form GPRES2 – "TOTAL" appraisal software by a la mode, inc. – 1-800-ALAMO   3/2007

| | | | | Altunbilek, | |
|---|---|---|---|---|---|
| | | | | File No. | 27 Highpoint Terr |
| Property Address: | 27 Highpoint Ter | | | State: NJ | Zip Code: 07461 |
| Client: | Altunbilek, Ismet & Rumable | Address: | 27 Highpoint Terr, Vernon, NJ 07461 | | |
| Appraiser: | VICTORIA L GILL | Address: | 42 COURTRIGHT ROAD, WANTAGE, NJ 07461 | | |

STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS

- The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

- The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

- If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

- The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

- If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

- The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist.  Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

- The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

- The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

- If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

- An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

- The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.

- An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.

The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

# Certifications

| | | | | |
|---|---|---|---|---|
| Property Address: | 27 Highpoint Ter | City: Vernon | State: NJ | Zip Code: 07461 |
| Client: | Altunbilek, Ismet & Rumable | Address: 27 Highpoint Terr, Vernon, NJ 07461 | | |
| Appraiser: | VICTORIA L GILL | Address: 42 COURTRIGHT ROAD, WANTAGE, NJ 07461 | | |

**APPRAISER'S CERTIFICATION**

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.
- The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**DEFINITION OF MARKET VALUE \*:**

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

\* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

SEE ATTACHED ADDENDUM FOR ADDITIONAL COMMENTS.

| | |
|---|---|
| Client Contact: Altunbilek, Ismet & Rumable | Client Name: Altunbilek, Ismet & Rumable |
| E-Mail: ismetnj@gmail.com | Address: 27 Highpoint Terr, Vernon, NJ 07461 |

**APPRAISER**

Appraiser Name: VICTORIA L GILL
Company: Victoria L Gill
Phone: (973) 702-8939    Fax: (973) 702-3041
E-Mail: vlgill039@earthlink.net
Date Report Signed: 07/29/2018
License or Certification #: 42RC00164800    State: NJ
Designation: SCRREA, RAA
Expiration Date of License or Certification: 12/31/2019
Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None
Date of Inspection: 07/20/2018

**SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable)**

Supervisory or Co-Appraiser Name:
Company:
Phone:    Fax:
E-Mail:
Date Report Signed:
License or Certification #:    State:
Designation:
Expiration Date of License or Certification:
Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None
Date of Inspection:

**Supplemental Addendum**

| | | | | | | | File No. 27 Highpoint Terr |
|---|---|---|---|---|---|---|---|
| Borrower/Client | Ismet Altunbilek, | | | | | | |
| Property Address | 27 Highpoint Ter | | | | | | |
| City | Vernon | County | Sussex | State | NJ | Zip Code | 07461 |
| Lender | Altunbilek, Ismet & Rumable | | | | | | |

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK: The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE: The intended use of this appraisal report is for the client to evaluate the property that is the subject of this appraisal for an opinion of market value only.

INTENDED USER: The intended user of this appraisal report is the client.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

COMMENTS ON PHOTOGRAPHS:
THE PHOTOGRAPHS IN THIS REPORT ARE DIGITAL PHOTOS UTILIZING IMAGING TECHNOLOGY. THE APPRAISER HAS PERSONALLY INSPECTED AND PHOTOGRAPHED THE SUBJECT AND ALL COMPARABLES UTILIZED IN THIS REPORT; HOWEVER, SOME OF THE COMPARABLES MAY HAVE BEEN DOWNLOADED FROM AN ON-LINE PROVIDER OR MLS SERVICE, WHICH BETTER DEPICTS THE COMPARABLES AT THE TIME OF SALE. IN SOME SITUATIONS THE APPRAISER MAY NOT BE ABLE TO TAKE PHOTOGRAPHS OF COMPARABLES DUE TO PRIVACY RESTRICTIONS SUCH AS LONG DRIVEWAYS, WHEN THE COMPARABLE IS NOT VISIBLE FROM THE PUBLIC ROAD. ON-LINE PHOTOS MAY BE USED IF A COMPARABLE HAS BEEN RAZED FOR NEW CONSTRUCTION. ON-LINE PHOTOS MAY ACCOUNT FOR SEASONAL CHANGES IN THE PHOTOGRAPHS. THE PHOTOGRAPHS USED IN THE APPRAISAL ARE A TRUE AND CORRECT REPRESENTATION OF THE SUBJECT PROPERTY, AND THE COMPARABLE SALES USED IN THIS REPORT. ALTHOUGH THE PHOTOGRAPHS MAY HAVE BEEN ENHANCED DURING THE FINISHING PROCESS FOR BETTER QUALITY, NO ALTERATIONS WERE MADE TO THE IMAGES WHICH WOULD MISREPRESENT THE APPEARANCE OF THE SUBJECT OR COMPARABLES.

COMMENTS ON SIGNATURES:
THE SIGNATURES THAT APPEAR IN THIS REPORT ARE DIGITAL SIGNATURES. THE SIGNATURES ARE PASSWORD PROTECTED TO PREVENT UNAUTHORIZED USE. THE USE OF DIGITAL SIGNATURES ARE APPROVED BY FANNIE MAE AND FREDDIE MAC. DIGITAL SIGNATURES ARE ALSO APPROVED UNDER USPAP STANDARDS AND CARRY THE SAME LEVEL OF AUTHENTICITY AND RESPONSIBILITY AS AN INK SIGNATURE ON A PAPER REPORT.

ADDITIONAL COMMENTS:
UNLESS OTHERWISE STATED IN THE APPRAISAL REPORT, THE APPRAISER HAS NO KNOWLEDGE OF ANY HIDDEN OR UNAPPARENT CONDITIONS OF THE PROPERTY THAT WOULD MAKE THE PROPERTY MORE OR LESS VALUABLE, AND MAKES NO GUARANTEES OR WARRANTIES, EXPRESS OR IMPLIED, REGARDING THE CONDITION OF THE PROPERTY, THE PURPOSE OF THIS APPRAISAL REPORT IS FOR AN OPINION OF MARKET VALUE ONLY.

CLARIFICATION OF INTENDED USE AND INTENDED USER:
THE INTENDED USERS OF THIS APPRAISAL REPORT IS THE CLIENT AND THE CLIENTS ATTORNEY. THE INTENDED USE IS TO EVALUATE THE PROPERTY THAT IS THE SUBJECT OF THIS APPRAISAL FOR AN OPINION OF MARKET VALUE ONLY FOR THE CLIENT. SUBJECT TO THE STATED SCOPE OF WORK, PURPOSE OF THE APPRAISAL, REPORTING REQUIREMENTS OF THIS APPRAISAL REPORT FORM, AND DEFINITION OF MARKET VALUE. NO ADDITIONAL INTENDED USERS ARE IDENTIFIED BY THE APPRAISER.

Subject Photo Page

| Borrower/Client | Ismet Altunbilek, | | | | |
|---|---|---|---|---|---|
| Property Address | 27 Highpoint Ter | | | | |
| City | Vernon | County | Sussex | State | NJ |
| Lender | Altunbilek, Ismet & Rumable | | | | |

State: NJ    Zip Code: 07461



**SUBJECT FRONT**

27 Highpoint Ter
Sales Price          NA
Gross Living Area    960
Total Rooms          6
Total Bedrooms       3
Total Bathrooms      1.0
Location             AVERAGE
View                 AVERAGE
Site                 .34 acres
Quality              AVERAGE
Age                  50 Years



**SUBJECT REAR**



**SUBJECT STREET**

Photograph Addendum

| Borrower/Client | Ismet Altunbilek, | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 27 Highpoint Ter | | | | | |
| City | Vernon | County | Sussex | State | NJ | Zip Code | 07461 |
| Lender | Altunbilek, Ismet & Rumable | | | | | |



opposite street



Rotted window



Rotted window

Photograph Addendum

| Borrower/Client | Ismet Altunbilek, | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 27 Highpoint Ter | | | | | | |
| City | Vernon | County | Sussex | State | NJ | Zip Code | 07461 |
| Lender | Altunbilek, Ismet & Rumable | | | | | | |



non functional wood stove



boiler



panel

| Borrower/Client | Ismet Altunbilek, | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 27 Highpoint Ter | | | | | | |
| City | Vernon | County | Sussex | State | NJ | Zip Code | 07461 |
| Lender | Altunbilek, Ismet & Rumable | | | | | | |



in need of electrical repairs



in need of replacement



garage
door rotted

**Photograph Addendum**

| Borrower/Client | Ismet Altunbilek, | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 27 Highpoint Ter | | | | | |
| City | Vernon | County | Sussex | State | NJ | Zip Code | 07461 |
| Lender | Altunbilek, Ismet & Rumable | | | | | |



mold



in need of electrical repairs



in need of electrical repairs

| Borrower/Client | Ismet Altunbilek, | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 27 Highpoint Ter | | | | | | |
| City | Vernon | County | Sussex | State | NJ | Zip Code | 07461 |
| Lender | Altunbilek, Ismet & Rumable | | | | | | |



window to be replaced



1 car



left side

| Borrower/Client | Ismet Altunbilek, | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 27 Highpoint Ter | | | | | | |
| City | Vernon | County | Sussex | State | NJ | Zip Code | 07461 |
| Lender | Altunbilek, Ismet & Rumable | | | | | | |



side walk trip hazard



right side

Photograph Addendum

| Borrower/Client | Ismet Altunbilek, | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 27 Highpoint Ter | | | | | | |
| City | Vernon | County | Sussex | State | NJ | Zip Code | 07461 |
| Lender | Altunbilek, Ismet & Rumable | | | | | | |



add rear



add left side

| Borrower/Client | Ismet Altunbilek, | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 27 Highpoint Ter | | | | | |
| City | Vernon | County | Sussex | State | NJ | Zip Code 07461 |
| Lender | Altunbilek, Ismet & Rumable | | | | | |



**Living**

| | |
|---|---|
| 27 Highpoint Ter | |
| Sales Price | NA |
| Gross Living Area | 960 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | AVERAGE |
| View | AVERAGE |
| Site | .34 acres |
| Quality | AVERAGE |
| Age | 50 Years |



**Dining**



**Kitchen**

Subject Interior Photo Page

| Borrower/Client | Ismet Altunbilek, | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 27 Highpoint Ter | | | | | |
| City | Vernon | County | Sussex | State | NJ | Zip Code 07461 |
| Lender | Altunbilek, Ismet & Rumable | | | | | |



**Bedroom**

27 Highpoint Ter

| | |
|---|---|
| Sales Price | NA |
| Gross Living Area | 960 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | AVERAGE |
| View | AVERAGE |
| Site | .34 acres |
| Quality | AVERAGE |
| Age | 50 Years |



**Bedroom**



**Bedroom**

Subject Interior Photo Page

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower/Client | Ismet Altunbilek, | | | | | |
| Property Address | 27 Highpoint Ter | | | | | |
| City | Vernon | County | Sussex | State | NJ | Zip Code 07461 |
| Lender | Altunbilek, Ismet & Rumable | | | | | |



**Bath**

27 Highpoint Ter
Sales Price            NA
Gross Living Area      960
Total Rooms            6
Total Bedrooms         3
Total Bathrooms        1.0
Location               AVERAGE
View                   AVERAGE
Site                   .34 acres
Quality                AVERAGE
Age                    50 Years



**Bath**

**Building Sketch**

| | |
|---|---|
| Borrower/Client | Ismet Altunbilek, |
| Property Address | 27 Highpoint Ter |
| City | Vernon |
| County | Sussex |
| State | NJ |
| Zip Code | 07461 |
| Lender | Altunbilek, Ismet & Rumable |



TOTAL Sketch by a la mode, inc.

**Area Calculations Summary**

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 960 Sq ft | | 24 × 40 = 960 |
| **Total Living Area (Rounded):** | **960 Sq ft** | | |

Location Map

| Borrower/Client | Ismet Altunbilek, | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 27 Highpoint Ter | | | | | | |
| City | Vernon | County | Sussex | State | NJ | Zip Code | 07461 |
| Lender | Altunbilek, Ismet & Rumable | | | | | | |



Comparable Photo Page

| Borrower/Client | Ismet Altunbilek, | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 27 Highpoint Ter | | | | | |
| City | Vernon | County | Sussex | State | NJ | Zip Code | 07461 |
| Lender | Altunbilek, Ismet & Rumable | | | | | |



### Comparable 1

49 Woodland Dr

| | |
|---|---|
| Prox. to Subject | 2.23 miles S |
| Sale Price | 105,844 |
| Gross Living Area | 1,196 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | AVERAGE |
| View | Res |
| Site | .68 acres |
| Quality | AVERAGE |
| Age | 48 Years |



### Comparable 2

26 Tallahatchie Dr

| | |
|---|---|
| Prox. to Subject | 0.12 miles W |
| Sale Price | 120,100 |
| Gross Living Area | 1,562 |
| Total Rooms | 8 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | AVERAGE |
| View | Res |
| Site | .88 acres |
| Quality | AVERAGE |
| Age | 40 Years |



### Comparable 3

10 Cedar Ridge Dr

| | |
|---|---|
| Prox. to Subject | 1.93 miles SE |
| Sale Price | 99,900 |
| Gross Living Area | 1,598 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.0 |
| Location | AVERAGE |
| View | Res |
| Site | .41 |
| Quality | AVERAGE |
| Age | 53 Years |



**27 High Point Ter, Sussex, NJ 07461-4219, Sussex County**

**Property Map**



*Lot Dimensions are Estimated

**Courtesy of Victoria Gill, New Jersey Multiple Listing Service Inc**
The data within this report is compiled by CoreLogic from public and private sources. The data is deemed reliable, but is not guaranteed. The
accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

**Property Detail**
Generated on 07/19/2018
Page 1 of 1

## PROPERTY HISTORY

File No. **27 Highpoint Terr**

| Borrower/Client | Ismet Altunbilek, | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Address | **27 Highpoint Ter** | | | | | | | |
| City | **Vernon** | County | **Sussex** | State | **NJ** | Zip Code | **07461** | |
| Lender | Altunbilek, Ismet & Rumable | | | | | | | |

* COMPARABLE 12-MONTH PRIOR TRANSFER HISTORY *
(may include properties that were considered but not utilized as comparables)

49 Woodland Dr
**Public Records Not Found**

26 Tallahatchie Dr
**Public Records Not Found**

10 Cedar Ridge Dr
**Public Records Not Found**