Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Order Filed on September 19,
2018 by Clerk, U.S. Bankruptcy
Court - District of New Jersey

Case No.: 18−18101−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ismet Altunbilek
27 High Point Terrace
Sussex, NJ 07461

Rumable Altunbilek
27 High Point Terrace
Sussex, NJ 07461

Social Security No.:
xxx−xx−3768

xxx−xx−3934

Employer's Tax I.D. No.:

### NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on N/A.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 19, 2018
JAN: admi

**DATED: September 19, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge