Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18−18101−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ismet Altunbilek                          Rumable Altunbilek
27 High Point Terrace                     27 High Point Terrace
Sussex, NJ 07461                          Sussex, NJ 07461

Social Security No.:
xxx−xx−3768                              xxx−xx−3934

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case
as to the:
    Debtor and Joint Debtor was entered on September 21, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding
fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from
the date of this Order.

Dated: September 21, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Ismet Altunbilek
Rumable Altunbilek
    Debtors

Case No. 18-18101-SLM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Sep 21, 2018
                     Form ID: 148      Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2018.
```
db/jdb        +Ismet Altunbilek,   Rumable Altunbilek,   27 High Point Terrace,   Sussex, NJ 07461-4219
cr            +Statebridge Company, LLC,   c/o Stern & Eisenberg, PC,   1040 N. Kings Highway,   Suite 407,
               Cherry Hill, NJ 08034-1925
517471932     +Bank of America,   c/o KML Law Group,   216 Haddon Avenue,   Suite 406,
               Westmont, New Jersey 08108-2812
517471933      Chase Bank, N.A.,   c/o Client Services,   3451 Harry S Truman Blvd.,
               Saint Charles, Missouri 63301-4047
517471934     +Statebridge,   5680 Greenwood Plaza Blvd,   Suite 100 S,
               Greenwood Village, Colorado 80111-2404
517543916     +Statebridge Company, LLC,   5680 Greenwood Plaza Blvd., Suite 100s,
               Greenwood Village, CO 80111-2404
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 21 2018 23:24:46    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 21 2018 23:24:41    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517610007      EDI: BANKAMER.COM Sep 22 2018 02:48:00    Bank of America, N.A.,   PO Box 31785,
               Tampa, FL 33631-3785
517609338      EDI: WFFC.COM Sep 22 2018 02:48:00    Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,
               P.O. Box 19657,   Irvine, CA 92623-9657
517471935      EDI: WFFC.COM Sep 22 2018 02:48:00    Wells Fargo Dealer Services,   MAC T9017-026,
               PO Box 168048,   Irving, Texas 75016-8048
                                                                                          TOTAL: 5
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2018                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2018 at the address(es) listed below:
```
          Alexander J. Rinaldi    on behalf of Joint Debtor Rumable  Altunbilek jessica@srr-law.com
          Alexander J. Rinaldi    on behalf of Debtor Ismet  Altunbilek jessica@srr-law.com
          Denise E. Carlon    on behalf of Creditor    Bank of America, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    Bank of America, N.A. kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Steven P. Kelly   on behalf of Creditor    Statebridge Company, LLC skelly@sterneisenberg.com,
           bkecf@sterneisenberg.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 7
```