UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Alexander J. Rinaldi, Esq.
Salny Redbord and Rinaldi
9 Eyland Avenue
Succasunna, NJ 07876
973-584-1520
Attorney for the Debtors

Order Filed on October 18, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

ISMET ALTUNBILEK and
RUMABLE ALTUNBILEK

| | |
|---|---|
| Case No.: | 18-18101 |
| Chapter: | 13 |
| Judge: | SLM |

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: October 18, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

After review of the application of ___Alexander J. Rinaldi, Esq.___ for the reduction of time for a hearing on ___a Motion to Reinstate the Case and Automatic Stay___ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on ___October 22, 2018___ at ___2:30 pm___ in the United States Bankruptcy Court, ___50 Walnut Street, Newark, New Jersey 07102___, Courtroom No. ___3A___.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: ___the Chapter 13 Trustee, the Secured Creditor(s) and their counsel (if known), the Essex County Sheriff's Office, all creditors, and any other party having filed a notice of appearance in this case___

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to ___the Chapter 13 Trustee and Secured Creditor(s) and their counsel (if known)___

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

    ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*