Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

         Case No.: 18−18101−SLM
         Chapter: 13
         Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ismet Altunbilek | Rumable Altunbilek |
| 27 High Point Terrace | 27 High Point Terrace |
| Sussex, NJ 07461 | Sussex, NJ 07461 |

Social Security No.:
  xxx−xx−3768                                        xxx−xx−3934

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                11/28/18
Time:              08:30 AM
Location:         Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 22, 2018
JAN: apc

                                                     Jeanne Naughton
                                                     Clerk, U. S. Bankruptcy Court