Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−18101−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ismet Altunbilek                              Rumable Altunbilek
   27 High Point Terrace                         27 High Point Terrace
   Sussex, NJ 07461                              Sussex, NJ 07461
Social Security No.:
   xxx−xx−3768                                   xxx−xx−3934
Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           11/28/18
Time:           08:30 AM
Location:        Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 22, 2018
JAN: apc

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-18101-SLM
Ismet Altunbilek                                                        Chapter 13
Rumable Altunbilek
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1         Date Rcvd: Oct 22, 2018
                              Form ID: 132             Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2018.
db/jdb         +Ismet Altunbilek,    Rumable Altunbilek,    27 High Point Terrace,    Sussex, NJ 07461-4219
cr             +Statebridge Company, LLC,    c/o Stern & Eisenberg, PC,    1040 N. Kings Highway,   Suite 407,
                 Cherry Hill, NJ 08034-1925
517471932      +Bank of America,    c/o KML Law Group,    216 Haddon Avenue,    Suite 406,
                 Westmont, New Jersey 08108-2812
517610007       Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
517471933       Chase Bank, N.A.,    c/o Client Services,    3451 Harry S Truman Blvd.,
                 Saint Charles, Missouri 63301-4047
517471934      +Statebridge,    5680 Greenwood Plaza Blvd,    Suite 100 S,
                 Greenwood Village, Colorado 80111-2404
517543916      +Statebridge Company, LLC,    5680 Greenwood Plaza Blvd., Suite 100s,
                 Greenwood Village, CO 80111-2404
517609338       Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    P.O. Box 19657,    Irvine, CA 92623-9657
517471935       Wells Fargo Dealer Services,    MAC T9017-026,    PO Box 168048,    Irving, Texas 75016-8048

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 23 2018 00:44:21      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 23 2018 00:44:18       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                                                TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2018 at the address(es) listed below:
              Alexander J. Rinaldi    on behalf of Joint Debtor Rumable  Altunbilek jessica@srr-law.com
              Alexander J. Rinaldi    on behalf of Debtor Ismet  Altunbilek jessica@srr-law.com
              Denise E. Carlon    on behalf of Creditor   Bank of America, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor   Bank of America, N.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Steven P. Kelly    on behalf of Creditor   Statebridge Company, LLC skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 7