UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Alexander J. Rinaldi, Esq.
Salny Redbord and Rinaldi
9 Eyland Avenue
Succasunna, NJ 07876
973-584-1520
Attorney for the Debtors

Order Filed on October 22, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

ISMET ALTUNBILEK and
RUMABLE ALTUNBILEK

Case No.:  18-18101-SLM

Chapter:  13

Judge:  MEISEL

**ORDER REINSTATING CASE** ~~and Automatic Stay~~

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 22, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter having come before the Court by the debtor's Motion to Reinstate Case; and the court having considered any objections filed; and for good cause shown; it is

ORDERED the case is reinstated effective as of the date of this order. The order dismissing this case dated  September 21, 2018 , remains in effect through the date of entry of this Order and its service as provided herein. No actions taken by third parties during the period this case was dismissed are or were subject to the automatic stay or other provisions of the Bankruptcy Code.

IT IS FURTHER ORDERED that any deadline unexpired at the time of dismissal is nullified and reset as follows. Creditors and/or parties in interest have:

1. until the original deadline fixed by the Court to file a complaint to challenge dischargeability of certain debts, or sixty (60) days from the date of this Order, whichever is later;

2. until the original deadline fixed by the Court to file a proof of claim or required supplement, or sixty (60) days from the date of this Order, whichever is later; and

3. until the original deadline fixed by the Court to object to exemptions, or thirty (30) days from the date of this Order, whichever is later.

IT IS FURTHER ORDERED that if the meeting of creditors has not been concluded, the debtor shall contact the case trustee to reschedule it.

IT IS FURTHER ORDERED that if this is a chapter 13 case, and the debtor's Plan has not been confirmed, the confirmation hearing is rescheduled for  November 28, 2018  at  8:30 a.m .

IT IS FURTHER ORDERED that the Debtor shall, within three (3) days of the date of this Order, serve **ALL** creditors and other parties in interest with a copy of this Order and immediately thereafter, file a certification of service evidencing compliance herewith. This Order shall be effective as to such parties only upon service in accordance with this Order.

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 18-18101-SLM
Ismet Altunbilek                                                Chapter 13
Rumable Altunbilek
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Oct 22, 2018
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2018.
db/jdb        +Ismet Altunbilek,   Rumable Altunbilek,   27 High Point Terrace,   Sussex, NJ 07461-4219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2018 at the address(es) listed below:
              Alexander J. Rinaldi    on behalf of Joint Debtor Rumable  Altunbilek jessica@srr-law.com
              Alexander J. Rinaldi    on behalf of Debtor Ismet  Altunbilek jessica@srr-law.com
              Denise E. Carlon    on behalf of Creditor   Bank of America, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor   Bank of America, N.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Steven P. Kelly    on behalf of Creditor   Statebridge Company, LLC skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7