# UNITED STATES BANKRUPTCY COURT
**District of New Jersey (Newark)**

IN RE:  
Debtors: Ismet Altunbilek and Rumable Altunbilek

Case No.: 18-18101  
Loan Number (Last 4): 8019

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>ABS REO Trust V</u> | <u>Bank of America, N.A.</u> |
| <u>Serviced by Select Portfolio Servicing, Inc.</u> | |
| Name of Transferee | Name of Transferor |
| | |
| 3217 S. Decker Lake Dr. | Court Claim # (if known): <u>3</u> |
| Salt Lake City, UT 84115 | Amount of Claim: <u>$57,513.55</u> |
| | Date Claim Filed: <u>06/25/2018</u> |
| Phone: <u>866-247-1722</u> | Last Four Digits of Acct #: <u>2842</u> |
| Last Four Digits of Acct #: <u>8019</u> | |

Name and Address where transferee payments should be sent (if different from above):  
PO Box 65450  
Salt Lake City, UT 84165

Phone: <u>866-247-1722</u>  
Last Four Digits of Acct #: <u>8019</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Michelle Enoch</u>    Date: <u>12/22/2018</u>  
Bankruptcy Supervisor  
(Approved by: Michelle Enoch)

Specific Contact Information:  
P: 800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

483072-4b2f901a-3487-45e4-b51e-fa1f0e6d8758