# UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

In re   Ismet Altunbilek                                    Case No.   18-18101-SLM
        Rumable Altunbilek

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Bayview Loan Servicing, LLC | Statebridge Company, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
**Bayview Loan Servicing, LLC**
**4425 Ponce De Leon Blvd. 5th Floor**
**Coral Gables, Florida 33146**

Court Claim # (if known):   1-1
Amount of Claim:   $99,506.04
Date Claim Filed:   05/21/2018

Phone:   800-457-5105
Last Four Digits of Acct #     1570

Phone:   866-466-3360
Last Four Digits of Acct #    0187

Name and Address where transferee payments should be sent (if different from above):
**Bayview Loan Servicing, LLC**
**4425 Ponce De Leon Blvd. 5th Floor**
**Coral Gables, Florida 33146**

Phone:   800-457-5105
Last Four Digits of Acct #:    1570

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/Phillip Raymond                        Date:   11/27/2019
      Transferee/Transferee's Attorney

Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571

BAYVIEW PROVIDES A DEDICATED TEAM AND TOLL-FREE NUMBER (855-657-7531) TO BETTER ASSIST CHAPTER 13 TRUSTEES WITH ANY QUESTIONS OR TO CONTACT BAYVIEW.

| | |
|---|---|
| In Re: | Bankruptcy Case No.: 18-18101-SLM |
| Ismet Altunbilek | |
| Rumable Altunbilek | Chapter: 13 |
| | Judge: Stacey L. Meisel |

# CERTIFICATE OF SERVICE

I, Phillip Raymond, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, Georgia 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within Transfer Of Claim filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Ismet Altunbilek
27 High Point Terrace
Sussex, NJ 07461

Rumable Altunbilek
27 High Point Terrace
Sussex, NJ 07461

Statebridge Company, LLC
5680 Greenwood Plaza Blvd., Suite 100s
Greenwood Village, CO 80111

Alexander J. Rinaldi                (*served via ECF Notification*)
Salny, Redbord and Rinaldi
9 Eyland Avenue at Route 10
Succasunna, NJ 07876

Marie-Ann Greenberg, Trustee        (*served via ECF Notification*)
30 Two Bridge Road
Suite 330
Fairfield, NJ 07004

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:  11/27/2019      By:   /s/Phillip Raymond
              (date)                Phillip Raymond
                                    New Jersey BAR NO.
                                    Attorney for Transferee