UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Alexander J. Rinaldi, Esq.
Salny Redbord and Rinaldi
9 Eyland Avenue
Succasunna, NJ 07876
973-584-1520
Attorney for the Debtors

In Re:

ISMET ALTUNBILEK and
RUMABLE ALTUNBILEK

Case No.: 18-18101

Chapter: 13

Adv. No.:

Hearing Date:

Judge: MEISEL

## CERTIFICATION OF SERVICE

1. I, __Jennifer Slater__ :

    ☐ represent the _____ in the above-captioned matter.

    ☑ am the secretary/paralegal for __Alexander J. Rinaldi__, who represents the __debtors__ in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On __June 19, 2020__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    Chapter 13 Debtor's Certification in Opposition of Motion for Relief from Automatic Stay, Exhibits A and B

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __June 19, 2020__            /s/ Jennifer Slater
                                    Signature

Case 18-18101-SLM    Doc 74    Filed 06/19/20    Entered 06/19/20 14:58:46    Desc Main
Document    Page 2 of 3

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004-1550 | TRUSTEE | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
| Bank of America<br>c/o KML Law Group<br>216 Haddon Avenue<br>Suite 406<br>Westmont, NJ 08108-2812 | CREDITOR | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
| Ismet & Rumable Altunbilek<br>27 High Point Terrace<br>Sussex, NJ 07461-4219 | DEBTORS | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
| Clerk, U.S. Bankruptcy Court<br>MLK Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102-3550 | Clerk of Court | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102-5235 | US Trustee | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |