UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Bank Of America, N.A.

In Re:

Ismet Altunbilek

Case No.:  18-18101 SLM

Chapter:  13

Hearing Date:  7/8/2020

Judge:  Stacey L. Meisel

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled            ☒ Withdrawn

Matter: Motion for Relief from Stay filed on June 12, 2020; document number 72

Date: 6/29/2020

/s/ Denise Carlon
Signature

*rev.8/1/15*