ALEXANDER J RINALDI ESQ
SALNY, REDBORD & RINALDI
9 EYLAND AVE AT RT 10
SUCCASUNNA, NJ  07876


Re: ISMET ALTUNBILEK  
    RUMABLE ALTUNBILEK  
    27 HIGH POINT TERRACE  
    SUSSEX,  NJ  07461

Atty: ALEXANDER J RINALDI ESQ  
      SALNY, REDBORD & RINALDI  
      9 EYLAND AVE AT RT 10  
      SUCCASUNNA, NJ  07876

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
#### Chapter 13 Case # 18-18101

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $12,000.00**

### RECEIPTS AS OF 01/15/2021     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/07/2018 | $200.00 | 25000354337 | 05/29/2018 | $200.00 | 4942891000 |
| 06/28/2018 | $200.00 | 5024869000 | 07/25/2018 | $200.00 | 5096243000 |
| 08/28/2018 | $200.00 | 5185622000 | 10/23/2018 | $200.00 | 1818101-5260207000 |
| 10/29/2018 | $200.00 | 5344231000 | 11/27/2018 | $200.00 | 5419007000 |
| 12/26/2018 | $200.00 | 5490821000 | 01/24/2019 | $200.00 | 5564844000 |
| 02/25/2019 | $200.00 | 5648574000 | 03/26/2019 | $200.00 | 5730058000 |
| 04/25/2019 | $200.00 | 5806611000 | 05/22/2019 | $200.00 | 5877329000 |
| 06/27/2019 | $200.00 | 5967378000 | 07/26/2019 | $200.00 | 6041688000 |
| 08/27/2019 | $200.00 | 6123726000 | 09/25/2019 | $200.00 | 6200356000 |
| 10/24/2019 | $200.00 | 6275526000 | 11/26/2019 | $200.00 | 6354359000 |
| 12/24/2019 | $200.00 | 6425721000 | 01/28/2020 | $200.00 | 6512474000 |
| 02/28/2020 | $200.00 | 6591870000 | 03/26/2020 | $200.00 | 6663995000 |
| 05/04/2020 | $200.00 | 6762381000 | 05/28/2020 | $200.00 | 6818967000 |
| 06/29/2020 | $200.00 | 6897343000 | 07/27/2020 | $200.00 | 6967127000 |
| 08/28/2020 | $200.00 | 7040983000 | 09/29/2020 | $200.00 | 7118475000 |
| 10/27/2020 | $200.00 | 7185928000 | 11/30/2020 | $200.00 | 7263188000 |
| 12/29/2020 | $200.00 | 7336767000 | | | |

**Total Receipts: $6,600.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $6,600.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021     (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BAYVIEW LOAN SERVICING LLC | | | | | | |
| | 12/16/2019 | $189.60 | 839,145 | 01/13/2020 | $189.60 | 841,028 |
| | 02/10/2020 | $189.60 | 842,896 | 03/16/2020 | $189.60 | 844,778 |
| | 04/20/2020 | $189.60 | 846,726 | 05/18/2020 | $189.60 | 848,660 |
| | 06/15/2020 | $180.00 | 850,327 | 07/20/2020 | $180.00 | 852,108 |
| | 08/17/2020 | $185.00 | 853,981 | 09/21/2020 | $185.00 | 855,768 |
| | 10/19/2020 | $185.00 | 857,660 | | | |

**Chapter 13 Case # 18-18101**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| COMMUNITY LOAN SERVICING LLC | | | | | | | |
| | 11/16/2020 | $185.00 | 859,535 | | 12/21/2020 | $185.00 | 861,347 |
| | 01/11/2021 | $185.00 | 863,151 | | | | |
| STATEBRIDGE | | | | | | | |
| | 02/11/2019 | $705.20 | 820,346 | | 03/18/2019 | $188.60 | 822,372 |
| | 04/15/2019 | $188.60 | 824,361 | | 05/20/2019 | $188.60 | 826,405 |
| | 06/17/2019 | $188.60 | 828,316 | | 07/15/2019 | $192.00 | 830,182 |
| | 08/19/2019 | $192.00 | 832,233 | | 09/16/2019 | $192.00 | 834,181 |
| | 10/21/2019 | $192.00 | 836,278 | | 11/18/2019 | $197.00 | 838,293 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 382.80 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,000.00 | 100.00% | 1,000.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ABS REO TRUST V | UNSECURED | 57,513.55 | * | 0.00 | |
| 0002 | CHASE BANK, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | COMMUNITY LOAN SERVICING LLC | MORTGAGE ARRE | 5,197.40 | 100.00% | 5,032.20 | |
| 0005 | WELLS FARGO DEALER SERVICES | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |

**Total Paid: $6,415.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $6,600.00    -    Paid to Claims: $5,032.20    -    Admin Costs Paid: $1,382.80    =    Funds on Hand: $185.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.