UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Select Portfolio Servicing,
Inc., as servicer for Federal Home Loan
Mortgage Corporation, as Trustee for the
benefit of the Freddie Mac Seasoned Loans
Structured Transaction Trust, Series 2021-2
JILL A. MANZO, ESQ.
SPS2297
bankruptcy@fskslaw.com

| | |
|---|---|
| In Re:<br><br>ISMET ALTUNBILEK and RUMABLE ALTUNBILEK<br><br> Debtor(s). | Case No.:  18-18101 SLM<br><br>Chapter:   13<br><br>Judge:  Honorable Stacey L. Meisel |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>Select Portfolio Servicing, Inc., as servicer for Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-2</u>. This party is a party in interest in this case pursuant to a mortgage dated January 24, 2004 and recorded in the Office of the SUSSEX County Clerk/Register on February 11, 2004 in Mortgage Book 6019, Page 97, and is a secured creditor. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:      FEIN, SUCH, KAHN & SHEPARD, P.C.
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Attorneys for Select Portfolio Servicing, Inc., as servicer for Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-2

Dated: <u>November 9, 2021</u>      By:<u>   /S/ JILL A. MANZO </u>
JILL A. MANZO, ESQ.

Case No.:  18-18101 SLM